**FILED**
October 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:06-cr-390 EJG
　　　　　Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Jia Zhou, )
)
_____ )
　　　　　Defendant.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __Jia Zhou__ Case __2:06-cr-390 EJG__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___ Release on Personal Recognizance

　　___ Bail Posted in the Sum of _____

　　_X_ Unsecured bond in the amount of $ _100,000_, to be co-signed by designated family members

　　___ Appearance Bond with 10% Deposit

　　___ Appearance Bond secured by Real Property

　　___ Corporate Surety Bail Bond

　　_X_ (Other) __PTS conditions/supervision__

Issued at __Sacramento, CA__ on _10/23/06_ at __4:20 p.m.__

By _____
　　Kimberly J. Mueller,
　　United States Magistrate Judge