**DOUGLAS L. RAPPAPORT (SBN 136194)**
**MICHELLE M. THOMSON (SBN 193658)**
Attorneys at Law
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
**JIAPEI ZHOU**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JIAPEI ZHOU, et al.,<br><br>           Defendants.<br>_____/ | Criminal No. 2:06-cr-0390 EJG<br>STIPULATION AND ORDER TO<br> CONTINUE NOVEMBER 16, 2007<br>STATUS CONFERENCE AND<br>EXCLUDE TIME<br><br>Date: November 16, 2007<br>Time:10:00am |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Heiko Coppola, counsel for the plaintiff, and below signed counsel in the above mentioned case, that the status conference now scheduled for November 16, 2007 at 10:00a.m., is extended until December 21, 2007 at 10:00am., or as soon thereafter as is convenient for the Court.

This continuance is sought by the defense in order to permit further review of discovery, continuation of on-going investigation, and consultation with the defendant.

No party objects to the requested continuance.

The court interpreter coordinator, Yolanda Riley Portal has been notified and has indicated that December 21, 2007 is an available date for the interpreter's office.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continue to be excluded from November 16, 2007 through December 21, 2007, pursuant to 18 U.S.C.§ 3161 (h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

IT IS SO STIPULATED.

Dated: 11-15-07                                        /s/
                                                       **HEIKO COPPOLA**
                                                       Counsel for Plaintiff

Dated: 11-15-07                                        /s/
                                                       **DOUGLAS L. RAPPAPORT**
                                                       Counsel for JIAPEI ZHOU

                                    ORDER

**IT IS SO ORDERED**

Dated:   November 15, 2007          /s/ Edward J. Garcia
                                    **HON. EDWARD J. GARCIA**
                                    Senior United States District Court Judge

U.S. v. ZHOU Case # 2:06-cr-0390 EJG

**CERTIFICATE OF SERVICE**

I, hereby certify under penalty of perjury that on the 15TH day of November 2007, I served the STIPULATION AND [ PROPOSED ] ORDER TO CONTINUE NOVEMBER STATUS CONFERENCE AND EXCLUDE TIME via electronic notification through CM/ECF system to Heiko Coppola -Assistant United States Attorneys, and to all counsel for co-defendants.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　**VERONICA DAVIS**
　　　　　　　　　　　　　　　　　　Assistant to Douglas L. Rappaport