**DOUGLAS L. RAPPAPORT (SBN 136194)**
**MICHELLE M. THOMSON (SBN 193658)**
Attorneys at Law
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
**JIAPEI ZHOU**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JIAPEI ZHOU, et al.,<br><br>  Defendants.<br>_____/ | Criminal No. 2:06-cr-0390 EJG<br>STIPULATION AND ORDER TO<br>VACATE AND RESET THE<br>SENTENCING HEARING |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Twiss, counsel for the plaintiff, and below signed counsel in the above mentioned case, that with regard to defendant Jiapei Zhou , Mr. Zhou's sentencing hearing now scheduled for April 4, 2008 at 10:00a.m., is continued  until May 16, 2008 at 10:00a.m., or as soon thereafter as is convenient for the Court.  The stipulated reset is requested to afford counsel additional time to address sentencing  issues in Mr. Zhou's case.

No party objects to the requested continuance.

The court interpreter coordinator, Yolanda Riley Portal has been notified and has indicated that May 16, 2008 is an available date for the interpreter's office.

The Probation Officer, Linda Dillon, has also been notified and has indicated that May 16, 2008 is an available date for her office.

IT IS SO STIPULATED.

Dated: 03-13-08                                     /s/
                                                    **ROBERT TWISS**
                                                    Counsel for Plaintiff


Dated: 03-13-08                                     /s/
                                                    **DOUGLAS L. RAPPAPORT**
                                                    Counsel for **JIAPEI ZHOU**


                                   ORDER


**IT IS SO ORDERED**


Dated:   March 17, 2008            /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   Senior United States District Court Judge